IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MAJED ABDULLAH MALIKI,

          Plaintiff,

v.                                                    CIVIL ACTION NO. 2:19-cv-00214

VIENNA WV POLICE DEPARTMENT, et al.,

          Defendants.

**ORDER**

Before the Court is Plaintiff Majed Abdullah Maliki's ("Plaintiff") Complaint. (ECF No. 2.) By standing order entered on January 4, 2016, and filed in this case on March 25, 2019, (ECF No. 3), this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation for disposition ("PF&R"). Magistrate Judge Tinsley entered his PF&R on July 6, 2020, recommending this Court dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted. (ECF No. 5.)

This Court is not required to review, *de novo* or under any other standard, factual or legal conclusions contained within the PF&R to which no objections were addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and Plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a *de novo* review when a party "makes general

and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on July 23, 2020. To date, no objections have been filed. Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 5), and **DISMISSES** Plaintiff's Complaint for failure to state a claim. The Court further **DIRECTS** the Clerk to remove this matter from the Court's docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 10, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE